IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

TANAKA

Case No. 1:15-cr-00022-GLR

******

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant, Susumu Tanaka. I certify that: [check and complete one that applies]

☐ I am admitted to practice in this Court, and my bar number is _____.

☒ I am a member in good standing of the bar of the highest state court of Virginia

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

1/20/2015
Date

Signature of Counsel

John F. Hundley
Print Name

Trout Cacheris & Janis PLLC
Firm Address

1350 Connecticut Ave. NW #300
Address

Washington, DC 20036
City/State/Zip

202-464-3304
Phone No.

202-464-3319
Fax No.

jhundley@troutcacheris.com
Email Address

Please select your designation:

☐ CJA    ☒ Retained    ☐ Public Defender    ☐ Pro Bono

** NOTE: Appearance of counsel may be withdrawn only with leave of Court. See Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are **not** a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event Notice of Appearance.

Entry of Appearance – Criminal (Rev. 07/2013)